1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

FRANCIS OKUNGBOWA,

        Defendant.
_____/

No. CR 93-0060 SI

**ORDER DENYING DEFENDANT'S
MOTION TO EXPUNGE HIS
CONVICTION**

On January 28, 2011, defendant Francis Okungbowa submitted a letter to this Court requesting that his conviction in this matter be expunged from his record. This Court, however, possesses jurisdiction only to expunge the records of unlawful convictions. *See United States v. Sumner*, 226 F.3d 1005, 1014 (9th Cir. 2000). As the Ninth Circuit stated in *Sumner*: "We do not agree . . . that a district court has the power to expunge a record of a valid arrest and conviction solely for equitable considerations. In our view, a district court's ancillary jurisdiction is limited to expunging the record of an unlawful arrest or conviction, or to correcting a clerical error." *Id.; see also United States v. Crowell*, 374 F.3d 790, 796 (9th Cir. 2004) ("Having been lawfully convicted, if Crowell wishes to expunge the records of her conviction, she must first obtain a judgment that her conviction was unlawful.").

Okungbowa's letter includes no argument that his conviction was unlawful. Rather, he seeks to have the records of his conviction expunged because he has not reoffended since his conviction. This falls into the category of "equitable considerations," and the Court therefore lacks jurisdiction to

1  entertain his request.[1]

2

3                              **CONCLUSION**

4    For the foregoing reasons, the Court DISMISSES Okungbowa's request for lack of jurisdiction.

5

6

7        **IT IS SO ORDERED.**

8

9  Dated: March 28, 2011                    _____
                                            SUSAN ILLSTON
10                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27        [1] Should Okungbowa wish to obtain a ruling that his conviction was unlawful, the Ninth Circuit's decision in *Crowell* exhaustively discusses the procedural mechanisms available to him. *See* *Crowell*, 374 F.3d at 794-97. .

28

**United States District Court**
For the Northern District of California